UNITED STATES DISTRICT COURT
for the
Northern District of New York

FILED
U.S. DISTRICT COURT - N.D. OF N.Y.
JUN 27 2017
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Albany

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A United States Priority Mail package numbered 9505500012457175000077;<br><br>A United States Priority Mail package numbered 9505500012457175000084;<br><br>A United States Priority Mail package numbered 9505513189817175111196; and<br><br>A United States Priority Mail package numbered 9505513189817175111202,<br><br>more fully described below. | )<br>)<br>)<br>)<br>) Case No.   1:17-MJ-300 ( CFH )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property: *(identify the person or describe the property to be searched and its given location)*:

A United States Priority Mail package numbered 9505500012457175000077, and addressed to "R. Griffin, 733 Broadway #102, Albany, NY 12207," with a return address of "Shopcuffs, 101 2523 J St, Sacramento, CA 95816."

A United States Priority Mail package numbered 9505500012457175000084, and addressed to "R. Griffin, 733 Broadway #102, Albany, NY 12207," with a return address of "Shopcuffs, 101 2523 J St, Sacramento, CA 95816."

A United States Priority Mail package numbered 9505513189817175111196, and addressed to "I. Jackson, 3 Eastview Dr Apt #6, Watervliet, NY 12189," with a return address of "Trik Koncepts, Inc., 1234 Hasset Ave #1, Yuba City, CA 95991."

A United States Priority Mail package numbered 9505513189817175111202, and addressed to "I. Jackson, 3 Eastview Dr Apt #6, Watervliet, NY 12189," with a return address of "Trik Koncepts, Inc., 1234 Hasset Ave #1, Yuba City, CA 95991."

located in the   Northern   District of   New York  , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances and/or controlled substance proceeds, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 (distribution and possession with intent to distribute controlled substances, and conspiracies and attempts to commit same)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846 | Distribution and possession with intent to distribute controlled substances, and conspiracies and attempts to commit same |

The application is based on these facts:

Please see attached affidavit.

☒ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days):   Click here to enter a date.
is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Postal Inspector Jamie E. Levin
*Printed name and title*

Sworn to before me and signed in my presence.
Date: June 27, 2017

*Judge's signature*

City and State: Albany, NY

Hon. Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

## Affidavit of United States Postal Inspector Jamie E. Levin

City of Albany        )
County of Albany   ) ss.:
State of New York  )

United States Postal Inspector Jamie E. Levin, being duly sworn, deposes and says:

1. I have been a United States Postal Inspector since February 2016 and I am assigned to the Boston Division. Prior to becoming a Postal Inspector, I was an Investigative Assistant with the Drug Enforcement Administration in Buffalo, New York. I have obtained a Master's Degree in Criminal Justice Administration from Niagara University and a Bachelor of Science Degree in Criminal Justice from Niagara University. I graduated from the Federal Law Enforcement Training Academy in May 2016 and have received training in investigating the use of the U.S. Mail to transport controlled substances. Based upon my training in law enforcement, and the training and experience of Inspectors more senior than me, I am familiar with the methods and techniques used by traffickers of illicit substances and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the United States Postal Service ("USPS").

2. The information contained in this affidavit is based on my knowledge and on observations made by me during the course of this investigation, on information conveyed to me by other law enforcement officers, and on my examination and review of physical evidence obtained during the investigation.

3. Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish violations of federal law, and that evidence of those crimes is presently in the parcels proposed to be searched.

4. I make this affidavit in support of search warrants for the following described items:

    a. A United States Priority Mail package numbered 9505500012457175000077, and addressed to "R. Griffin, 733 Broadway #102, Albany, NY 12207," with a return address of "Shopcuffs, 101 2523 J St, Sacramento, CA 95816." The package had postage in the amount of $13.60 paid to mail the package, which weighs approximately 2lbs 12.6oz. The package was accepted for mailing in Sacramento, California, on June 24, 2017. The package is currently located at my office in Troy, New York. Hereinafter this package will be referred to as "Suspect Package 1."

    b. A United States Priority Mail package numbered 9505500012457175000084, and addressed to "R. Griffin, 733 Broadway #102, Albany, NY 12207," with a return address of "Shopcuffs, 101 2523 J St, Sacramento, CA 95816." The package had postage in the amount of $13.60 paid to mail the package, which weighs approximately 2lbs 13.45oz. The package was accepted for mailing in Sacramento on June 24, 2017. The package is located at my office in Troy. Hereinafter this package will be referred to as "Suspect Package 2."

    c. A United States Priority Mail package numbered 9505513189817175111196, and addressed to "I. Jackson, 3 Eastview Dr Apt #6, Watervliet, NY 12189," with a return address of "Trik Koncepts, Inc., 1234 Hasset Ave #1, Yuba City, CA 95991." The package had postage in the amount of $13.60 paid to mail the package, which weighs approximately 2lb 12.2oz. The package was accepted for mailing in Yuba City, California, on June 24, 2017. The package is located at my office in Troy. Hereinafter this package will be referred to as "Suspect Package 3."

    d. A United States Priority Mail package numbered 9505513189817175111202, and addressed to "I. Jackson, 3 Eastview Dr Apt #6, Watervliet, NY 12189," with a return address of "Trik Koncepts, Inc., 1234 Hasset Ave #1, Yuba City, CA 95991." The package had postage in the amount of $13.60 paid to mail the package, which weighs approximately 2lb 12.4oz. The package was accepted for mailing in Yuba City on June 24, 2017. The package is located at my office in Troy. Hereinafter this package will be referred to as "Suspect Package 4."

5. Using public resources such as Google Maps, as well as USPS records and CLEAR, a subscription-based records database, I learned the following with regard to the return address for Subject Package 1 and Subject Package 2:

    a. The return address is for a women's clothing boutique business in California. When speaking with a Shopcuffs associate, she indicated the business uses only typed shipping labels when sending merchandise to customers. The labels on both Suspect Package 1 and Suspect Package 2 are handwritten.

    b. USPS records indicate that Ramar GRIFFIN is the person who sent the packages from California. The packages were sent at a self-service USPS kiosk, which takes photos of the sender of every package. I reviewed the photos of the person who sent the packages, and these photos depict someone I know to be Ramar GRIFFIN based on my investigation. According to USPS records, Ramar GRIFFIN is listed as a resident at the recipients address (733 Broadway in Albany).

    c. I am aware that both the U.S. Postal Inspection Service (USPIS) and Albany Police Department are investigating Ramar GRIFFIN and associates for marijuana distribution.

3

      d. Based on my investigation, Ramar GRIFFIN routinely travels to California and appears to send numerous packages to the Capital Region.

6. With regard to the return address for Subject Package 3 and Subject Package 4:
   a. The return address is local printing business in Yuba City, California.

7. With regard to the destination address for Subject Package 3 and Subject Package 4:
   a. The destination address is a multi-unit apartment complex.
   b. I am aware that the USPIS and Albany Police Department have an open investigation on Itton JACKSON (the recipient is "I. Jackson"). Itton Jackson has been observed at the destination address (3 Eastview Drive).
   c. I am aware of packages that have been seized by law enforcement addressed to "I. Jackson" at a previous address belonging to Itton Jackson; these packages contained marijuana.

8. Through my training and experience, and that of my co-workers, I am aware that individuals who transport controlled substances often use the United States Mail. Through my training and experience, I am aware that California is a source area for controlled substances, including marijuana, cocaine, heroin and methamphetamines.

9. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name (or both), using a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

10. Based on my training and experience and that of my more senior coworkers, I am also aware that individuals who use the U.S. Mail to transport controlled substances often use legitimate business names to avoid being detected by law enforcement. However, legitimate businesses often eliminate shipping costs by

4

using a larger box to ship their product rather than numerous small boxes. Individuals trafficking controlled substances through the U.S. Mail often use numerous small packages to avoid being detected by law enforcement. Through my training and experience, legitimate businesses often use typed labels to present a professional appearance for the company versus handwritten labels.

11. Based on the aforementioned facts, I requested that Albany Police Officer Brian Kisling and his K-9 partner "Tex" assist with an examination of the packages. K-9 "Tex" and Officer Kisling are certified by the New York State Bureau of Municipal Police. K-9 "Tex" is certified to detect the presence of cocaine, heroin, methamphetamine, LSD, ecstasy and marijuana. I was informed that K-9 "Tex" has been previously reliable in the detection of controlled substances. K-9 "Tex" is certified by the New York State Bureau of Municipal Police, having last been certified in May 2015.

12. On June 26, 2017, Officer Kisling and K-9 "Tex" met me at the Albany Police Department. At that time, Officer Kisling hid Suspect Package 1 and Suspect Package 2 in the absence of K-9 "Tex." No other controlled substances were located in the area. K-9 "Tex" is trained to alert by scratching. K-9 "Tex" located the Suspect Packages (1 and 2) and attempted to scratch the Suspect Packages before being pulled away by Officer Kisling. Again at that time, Officer Kisling hid Suspect Package 3 and Suspect Package 4 in the absence of K-9 "Tex." No other controlled substances were located in the area. K-9 "Tex" located the Suspect Packages (3 and 4) and attempted to scratch the Suspect Packages before being pulled away by Officer Kisling. Officer Kisling informed me that the behavior K-9 "Tex" was exhibiting was consistent with the manner in which he is trained to alert for the presence of controlled substances.

13. From previous investigations, I am aware of instances where K-9 "Tex" has alerted to the odor of controlled substances on a package and that package was later discovered to not contain a detectable amount of any controlled substances

5

or a small amount of residue. Officer Kisling explained that this is because K-9's are trained only to alert on an odor of controlled substances, and not in relation to any specific quantity. Through my training and experience, and that of my co-workers, as well their conversations with certified chemists, I am aware that it would be impossible to screen every package for trace quantities of controlled substances that may be in/on a package.

14. Based upon the above, I believe that each of the Suspect Packages contains controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and/or proceeds of controlled substance violations, and I request that search warrants for the Suspect Packages be issued.

15. Because of the nature of the investigation, which relates to an ongoing criminal investigation, I also request that the Court provide a Sealing Order preventing the disclosure of the contents of this search warrant and search warrant affidavit except to law enforcement agencies that are assisting in this investigation.

_____
Jamie E. Levin
United States Postal Inspector

Subscribed to and sworn to
This 27th day of June 2017

_____
Hon. Christian F. Hummel
United States Magistrate Judge